USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LIRIDON GASHI,

Defendant.

26-cr-113 (MKV)

ORDER DENYING MOTION FOR BOND

MARY KAY VYSKOCIL, United States District Judge:

On August 16, 2026, counsel for Defendant Liridon Gashi filed a letter motion requesting pretrial release under several conditions. *See* [ECF No. 54]. Following this Court's Order to Show Cause, [ECF No. 56], the Government filed a detailed response opposing Defendant's release prior to trial, [ECF No. 58], and Defense counsel filed a reply, [ECF No. 59]. At the August 31, 2026 motion hearing, the Court found that the Government met its burden to prove by clear and convincing evidence that Defendant poses a danger to the community, and by a preponderance of the evidence that he is a flight risk. Aug. 31, 2026 Hr'g Tr. at 18:6–11 [ECF No. 65]. The Court finds that no set of conditions for release exist to reasonably assure the appearance of Defendant and the safety of the community. *Id.* Accordingly, for the reasons described by the Court on the record, *see id.* at 18–21, Defendant's motion for pretrial release is DENIED.

The Court is also in receipt of Defendant's letter motion for medical treatment, filed on August 12, 2026. [ECF No. 52]. The Court partially granted Defendant's motion in an endorsed order filed under seal, dated August 25, 2026.

The Clerk of Court is respectfully requested to terminate docket entry numbers 52 and 54.

**SO ORDERED.**

**Date: October 28, 2026**
**New York, NY**

Mary Kay Vyskocil
MARY KAY VYSKOCIL
United States District Judge